

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00259-CR

---

**CHRISTOPHER JAY DUTTON, APPELLANT**

V.

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the 110th District Court
Briscoe County, Texas
Trial Court No. 1277, Counts I, II, and III; Honorable William P. Smith, Presiding

---

December 12, 2025

## ORDER OF ABATEMENT AND REMAND

### Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Christopher Jay Dutton, appeals his three convictions for sexual assault of a child[1] and consecutive sentences of twenty years of confinement. Appellant is represented by appointed counsel, Arthur Aguilar, Jr. On November 26, 2025, Appellant filed a "Declaration of Conflict between Attorney and Client and Motion for Substitution of Appointed Counsel" in this Court. In that motion, however, Appellant seeks relief from

---

[1] *See* TEX. PENAL CODE § 22.011(a)(2)(A).

the trial court, requesting the appointment of new appellate counsel on the grounds that Mr. Aguilar also served as trial counsel. Appellant contends this constitutes a clear conflict of interest.

Because the trial court has responsibility for appointing counsel to represent indigent defendants in criminal cases, as well as the authority to relieve or replace appointed counsel, we abate the appeal and remand the cause to the trial court to rule on Appellant's motion requesting a substitution of appellate counsel. *See* TEX. CODE CRIM. PROC. arts. 1.051(d), 26.04(j)(2). Upon remand, the trial court shall determine (1) whether Appellant still desires to prosecute the appeal; (2) whether to appoint Appellant new appellate counsel. The trial court shall enter such orders necessary to address the motion to substitute and aforementioned questions. The trial court's findings and any orders issued shall be included in a supplemental clerk's record to be filed with this Court by January 12, 2026. If the trial court determines that new appellate counsel should be appointed, the name, address, email address, telephone number, and state bar number of any newly appointed counsel shall be included in the aforementioned findings.

All appellate deadlines, including Appellant's current briefing deadline, are hereby suspended until further order of the Court.

It is so ordered.

Per Curiam

Do not publish.

2